| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Shubb, William B. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>04/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>501 I Street<br>Suite 14-210<br>Sacramento, CA 95814 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | (H) BANK ACCOUNTS | | | | | | | | | |
| 2. | Bank America Accounts | A | Interest | L | T | | | | | |
| 3. | 1st Community Credit Union | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | | |
| 5. | (H) ANNUITIES | | | | | | | | | |
| 6. | American Skandia - PIMCO Total Return | | None | K | T | | | | | |
| 7. | American Skandia - T Rowe Price Large Cap Fund | | None | K | T | | | | | |
| 8. | American Skandia - Cohen & Steers Realty Fnd | | None | K | T | | | | | |
| 9. | American Skandia - Lord Abbett Core Bond | | None | K | T | | | | | |
| 10. | American Skandia - Profund Large Cap | | None | K | T | | | | | |
| 11. | | | | | | | | | | |
| 12. | Venture Annuity - US Equity Fund | | None | K | T | | | | | |
| 13. | | | | | | | | | | |
| 14. | (H) LIMITED PARTNERSHIPS | | | | | | | | | |
| 15. | Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (H) RAYMOND JAMES IRA | | | | | | | | | |
| 19. RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Senior Fltg Rate Fund | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. (H) RAYMOND JAMES ACCOUNT (JT - 3136) | | | | | | | | | |
| 23. Eagle Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 24. Alliance Muni Income CA | C | Dividend | M | T | | | | | |
| 25. Invesco Van Kampen Interm Muni Fund | A | Dividend | K | T | | | | | |
| 26. Mainstay Conservative Allocation Fund | A | Dividend | K | T | | | | | |
| 27. WF Advantage Strategic Muni Bond Fund | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. (H) RAYMOND JAMES ACCOUNT (-3073) | | | | | | | | | |
| 30. Eagle Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 31. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 32. Fidelity Advisor Real Estate Income "C" | | None | M | T | Buy | 12/26/14 | M | | |
| 33. Franklin Income Fund | C | Dividend | L | T | | | | | |
| 34. Franklin Income Fund "C" | | None | K | T | Buy | 12/26/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Strategic Income Fund | C | Dividend | L | T | | | | | |
| 36. Invesco Equity & Income Fund "C" | | None | L | T | Buy | 12/26/14 | K | | |
| 37. Invesco Van Kampen Equity Income Fund | B | Dividend | L | T | | | | | |
| 38. Oppenheimer Senior Fltg Rate | D | Dividend | | | Sold | 12/26/14 | M | | |
| 39. | | | | | | | | | |
| 40. (H) WF ADVISORS-IRA (B) | | | | | | | | | |
| 41. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 42. Equally Weighted S&P Fund | A | Dividend | L | T | | | | | |
| 43. New Perspective Fund | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. (H) WF ADVISORS (JT) | | | | | | | | | |
| 46. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 47. Boeing | B | Dividend | K | T | | | | | |
| 48. Chevron | B | Dividend | K | T | | | | | |
| 49. Coca Cola | A | Dividend | K | T | | | | | |
| 50. General Electric | A | Dividend | K | T | | | | | |
| 51. Intel | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 53. Investment Company of America | B | Dividend | M | T | Buy (add'l) | 12/29/14 | K | | |
| 54. New Perspective Fund | B | Dividend | M | T | Buy (add'l) | 12/29/14 | K | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. (H) IRA - S | | | | | | | | | |
| 58. WF Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 59. Diversified Dividend Fund | A | Dividend | J | T | Sold (part) | 12/18/14 | J | A | |
| 60. Apache Corp. | A | Dividend | J | T | | | | | |
| 61. Sempra Energy | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. (H) IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 64. WF Bank Deposit Sweep | A | Dividend | J | T | Sold (part) | 12/30/14 | K | | |
| 65. Franklin Income Fund | C | Dividend | L | T | Sold (part) | 01/14/14 | K | | |
| 66. Equally Weighted S&P 500 | B | Dividend | M | T | Sold (part) | 09/03/14 | K | D | |
| 67. Diversified Dividend Fund | B | Dividend | M | T | | | | | |
| 68. Abbott Labs | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AbbVie | B | Dividend | L | T | | | | | |
| 70. A T & T | B | Dividend | K | T | | | | | |
| 71. Boeing | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 72. Bristol Meyers | B | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 73. Catepillar | B | Dividend | L | T | | | | | |
| 74. Chevron | C | Dividend | L | T | | | | | |
| 75. Coca Cola | B | Dividend | L | T | | | | | |
| 76. Conoco | C | Dividend | L | T | | | | | |
| 77. Dow Chemical | B | Dividend | K | T | | | | | |
| 78. General Electric | B | Dividend | K | T | | | | | |
| 79. Intel | A | Dividend | K | T | | | | | |
| 80. IBM | B | Dividend | L | T | | | | | |
| 81. Johnson & Johnson | C | Dividend | L | T | | | | | |
| 82. Phillips 76 | A | Dividend | K | T | | | | | |
| 83. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 84. Sempra Energy | A | Dividend | K | T | | | | | |
| 85. Target | A | Dividend | J | T | Buy (add'l) | 01/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Walt Disney | A | Dividend | L | T | | | | | |
| 87. Yum Brands | A | Dividend | J | T | | | | | |
| 88. Aegon 6.375% Pfd 6/15/15 | B | Dividend | | | Sold | 12/18/14 | J | C | |
| 89. Equity Commonwealth 7.23% Pfd 5/15/16 | C | Dividend | K | T | | | | | |
| 90. Delphi Finc'l 7.376% Pfd 5/1/67 | A | Dividend | J | T | | | | | |
| 91. GE Capital 4.875% Pfd (GEB) | C | Dividend | L | T | | | | | |
| 92. GE Capital 4.7% Pfd 5/16/53 (GEK) | B | Dividend | K | T | Buy | 06/13/14 | K | | |
| 93. | | | | | Buy (add'l) | 09/03/14 | K | | |
| 94. Healthcare REIT 6.5% Pfd | C | Dividend | L | T | | | | | |
| 95. Morgan Stanley 6.45% Pfd 4/15/67 (MSK) | B | Dividend | K | T | | | | | |
| 96. Morgan Stanley 6.25% Pfd 3/1/33 (MWR) | A | Dividend | J | T | Buy | 06/13/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3 2013 FDR " Bank America (Maximizer)" has been aggregated into Line 2 2014 FDR "Bank America Accounts."

Line 4 2013 FDR "Bank America (9-mos CD) has been aggregated into Line 2 2014 FDR "Bank America Accounts."

Line 80 2013 FDR "Intel" Cloumn D(1) Transaction of "Sold" should have read "Sold (part)." Columns D(2) Date, D(3) Value Code, and D(4) Gain Code were reported correctly. Column C(1) Value Code should have read "K" and column C(2) Type should have read "T."

Line 85 2013 FDR "Sempra Energy" Cloumn D(1) Transaction of "Sold" should have read "Sold (part)." Columns D(2) Date, D(3) Value code, and D(4) Gain Code were reported correctly. Column C(1) Value Code should have read "K" and column C(2) Type should have read "T."

Line 90 2013 FDR "Commonwealth 7.25% Pfd 5/15/16" name changed to "Equity Commonwealth 7.35% Pfd 5/15/16" on Line 89 2014 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. Shubb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544